**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| LAPORSCHE HOLLON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No. 2:15cv464-WHA |
| | )          (wo) |
| DAS NORTH AMERICA, INC., | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered on this date, Judgment is entered in favor of DAS North America, Inc. and against the Plaintiff, LaPorsche Hollon.

Costs are taxed against the Plaintiff.

Done this 26th day of August, 2016.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE